1212

No. 84–925. GENERAL MARINE TRANSPORT CORP. *v.* O'HARE ET AL., AS TRUSTEES OF THE NEW YORK MARINE TOWING & TRANSPORTATION INDUSTRY PENSION FUND & INSURANCE FUND. C. A. 2d Cir. Certiorari denied.

No. 84–928. ABBEY NURSING HOME, INC., ET AL. *v.* ESTATE OF RICHARDSON (BENTLEY, ADMINISTRATRIX). Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 84–931. GUENTHER *v.* HOLMGREEN ET AL. C. A. 7th Cir. Certiorari denied.

No. 84–933. HECHENBERGER ET AL. *v.* WESTERN ELECTRIC CO., INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 84–934. BERGERON *v.* LOEB, EXECUTRIX OF THE ESTATE OF LOEB. Sup. Ct. Nev. Certiorari denied.

No. 84–936. BANKS *v.* NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 84–940. ABBETT *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 84–945. A. W. JONES CO. ET AL. *v.* JEFFERIES & CO., INC. C. A. 8th Cir. Certiorari denied.

No. 84–946. MANNEL *v.* INDUSTRIAL COMMISSION OF ARIZONA ET AL. Ct. App. Ariz. Certiorari denied.

No. 84–956. SHAW *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 84–957. COLLINS *v.* UNIVERSITY OF CINCINNATI ET AL. Ct. App. Ohio, Hamilton County. Certiorari denied.